# EXHIBIT 4



MENU

Home >  Records  >  Electronic Reading Room

# Electronic Reading Room

The USCIS Electronic Reading Room provides access to information identified under the Freedom of Information Act (FOIA). We will update the Electronic Reading Room when documents are requested 3 or more times, or when we proactively identify documents likely requested for release.

Related Links:

- Video: FOIA Online Services
- Immigration Policy and Procedural Memoranda
- Immigration and Citizenship Data
- Department of Homeland Security FOIA
- AAO Decisions

*Accessibility Note:*
The PDFs from this section of our website may not be fully accessible under Section 508 of the Rehabilitation Act. If you need assistance, call 800-375-5283 or send a request to FOIAPAQuestions@uscis.dhs.gov with the subject line "FOIA Disability Accommodations." Please include your name, phone number and the document you need to access. A representative from our office will contact you to address your needs.

Filter by category ▾

Month ▾

Year ▾

🔍 "expedited removal"                                                                 **Search**

Use double quotation marks to search for a specific phrase, e.g. "green card"

**Reset**



Need Help?
Chat with Emma™

**Hearing on "Stopping the Daily Border Caravan: Time to Build a Policy Wall" before the House Committee on Homeland Security Subcommittee on Border and Maritime Security on May 22, 2018**

**May 22, 2018**

Written Testimony of L. Francis Cissna Director U.S. Citizenship and Immigration Services

Rows per page: 10    1 - 1 of 1    ‹ Previous    Next ›

 RSS Feed





MENU

Home > Records > Electronic Reading Room

# Electronic Reading Room

The USCIS Electronic Reading Room provides access to information identified under the Freedom of Information Act (FOIA). We will update the Electronic Reading Room when documents are requested 3 or more times, or when we proactively identify documents likely requested for release.

Related Links:

- Video: FOIA Online Services
- Immigration Policy and Procedural Memoranda
- Immigration and Citizenship Data
- Department of Homeland Security FOIA
- AAO Decisions

***Accessibility Note:***
The PDFs from this section of our website may not be fully accessible under Section 508 of the Rehabilitation Act. If you need assistance, call 800-375-5283 or send a request to FOIAPAQuestions@uscis.dhs.gov with the subject line "FOIA Disability Accommodations." Please include your name, phone number and the document you need to access. A representative from our office will contact you to address your needs.



Filter by category

Month

Year

dismiss                              Search

Use double quotation marks to search for a specific phrase, e.g. "green card"

Reset



Need Help?
Chat with Emma™

No items matched your criteria.

Rows per page: 10    ‹ Previous    Next ›

🔊 **RSS Feed**

