# EXHIBIT 5

U.S. Department of Homeland Security<br>
USCIS Asylum Vetting Center<br>
401 W. Peachtree St. NW, Ste. 2500, Atlanta, Georgia 30308

Date: ███████

███████████████
████████
██████████████████████

### Notice of Dismissal of Form I-589

Dear ████████████,

This letter refers to your Form I-589, *Application for Asylum and for Withholding of Removal*, filed with U.S. Citizenship and Immigration Services (USCIS).

Department of Homeland Security (DHS) records indicate that you were apprehended by DHS officials, placed in expedited removal, and issued a Form I-860, Notice and Order of Expedited Removal.

The asylum office cannot process your Form I-589 at this time. However, your claim of fear will be considered by an asylum officer through the credible fear screening process pursuant to 8 CFR 208.30.

Your Form I-589 is dismissed as of 6/5/2025. WHERE APPLICABLE: This dismissal of your Form I-589 includes the dependents included on your Form I-589 who are listed above. All processing of your Form I-589 is terminated.

Please include your full name, alien number (A-number) listed above, and your current address on any correspondence with U.S. Citizenship and Immigration Services (USCIS) or the immigration court.

**Change of Address:**

You must report a change of address to USCIS within 10 days of moving by following the instructions on the How to Change Your Address webpage (https://www.uscis.gov/addresschange). Changing your address with the U.S. Postal Service (USPS) will not change your address with USCIS.

For a list of low-cost legal service providers, please visit the EOIR website at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers.

Sincerely,

Joseph E. Kernan
Director