# EXHIBIT 6

# My Requests

New Request     Register Case by PIN

**Search**

[Subject name or control #]

**Filter by Request Date**

From
mm/dd/yyyy

To
mm/dd/yyyy

06/18/2025

07/23/2025

☐ All Requests (3)
☑ Response Issued (0)
☑ Consent Required (0)
☑ USCIS Reviewing (0)
☑ Submitted (3)
☑ Canceled (0)
☑ Archived (0)

Total: 1-3 of 3

| Request Status | Subject Name | Control Number | Request Date | Actions |
|---|---|---|---|---|
| Submitted | ASAP requests six cat… | COW2025004893REQ | 07/10/2025 | ⚙ ▼ |
| Submitted | Any Agency memoran… | COW2025004892REQ | 07/10/2025 | ⚙ ▼ |
| Submitted | ASAP seeks any and a… | COW2025004459REQ | 06/18/2025 | ⚙ ▼ |