# EXHIBIT 8

Case 1:25-cv-06065-JGK   Document 1-8   Filed 07/23/25   Page 1 of 2

← Back

## Control Number: COW2025004892REQ

| FOIA/PA STATUS CHECK | DOCUMENT LIBRARY |

## Request Details

| Request Description | |
| --- | --- |
| Date Submitted | 07/10/2025 |
| Request Type | FOIA Request |

## Request Status

| Place in Queue | |
| --- | --- |
| Status | Submitted |
| Estimated Completion Date | 09/02/2025 |

Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.

For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link **How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov)** .


**Received**
The request was received by USCIS.

**2** In Process
USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.

**3** Completed
USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken

## USCIS FOIA/PA Headquarters Office

USCIS Contact Center
1-800-375-5283 or TTY 800-767-1833

FOIAPAQuestions@uscis.dhs.gov