UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 1:25-cv-6065<br><br>MOTION FOR ADMISSION PRO HAC VICE |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Marcela Johnson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Asylum Seeker Advocacy Project in the above captioned action.

    I am in good standing of the bar of the state of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Pursuant to Local Rule 1.3, I have attached a notarized affidavit and a Certificate of Good Standing issued within the last thirty days from the Georgia State Bar.

Dated: July 24, 2025

Respectfully submitted,

*/s/ Marcela Johnson*
Marcela Johnson
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S., #84810
New York, NY 10003-1502
(646) 937-0164
marcela.johnson@asylumadvocacy.org