UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ASYLUM SEEKER ADVOCACY
PROJECT,

    Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

    Defendant.

Case No. 1:25-cv-6065

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE

In connection with the attached Motion for Admission Pro Hac Vice and pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Marcela Johnson, hereby state as follows:

(a) I have never been convicted of a felony;

(b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

(c) I am a member in good standing of the bar of the state of Georgia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 24, 2025

Marcela Johnson
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S. #84810
New York, NY 10003-1502
(646) 937-0164
marcela.johnson@asylumadvocacy.org

Signed and sworn before me this 24 day of July, 2025.