## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 1:25-cv-6065-CM |

### [PROPOSED] ORDER TO DEFENDANT TO SHOW CAUSE WHY TEMPORARY RESTRAINING ORDER SHOULD NOT ISSUE

UPON CONSIDERATION OF Plaintiff's Complaint, Motion for a Temporary Restraining Order, and the entire record, it is hereby

**ORDERED** that the above-named Defendant show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _____ _____, 2025, at _____ o'clock in the _____morning/afternoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure ordering the Defendant (1) to expeditiously process the FOIA Requests, (2) to promptly proactively disclose the records requested therein which are subject to 5 U.S.C. §§ 552(a)(2)(B)–(C), and (3) going forward, to proactively disclose all future "statements of policy and interpretations which have been adopted by the agency and are not published in the Federal Register; [and] administrative staff manuals and instructions to staff that affect a member of the public" reflecting USCIS's

practices or processes for dismissing asylum claims and for pursuing expedited removal against noncitizens, 5 U.S.C. §§ 552(a)(2)(B)–(C).  It is further

**ORDERED** that answering papers, if any, must be served by email on Plaintiff's attorneys of record in this action no later than 11:59 p.m. on _____ _____, 2025, and reply papers, if any, must be served by hand or email upon Defendant's attorneys no later than 11:59 p.m. on _____ _____, 2025; and it is further

**ORDERED** that security for the Temporary Restraining Order be waived, in consideration that Plaintiff is a nonprofit organization seeking the records and proactive disclosure to inform its members and the public, not for commercial gain; and it is further

**ORDERED** that personal service of a copy of this order and annexed affidavit upon the Defendant or its counsel on or before _____ o'clock in the _____ morning/afternoon on _____, shall be deemed good and sufficient service thereof.

        DATED: _____, 2025
                New York, New York

                                            _____
                                            Hon. Colleen McMahon
                                            United States District Judge