UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASYLUM SEEKER ADVOCACY PROJECT,
                 Plaintiff,        25-cv-6065 (JGK)

- against -                        ORDER

US CITIZENSHIP AND IMMIGRATION
SERVICES,
                 Defendant.

---

JOHN G. KOELTL, District Judge:

The plaintiff has filed an application for emergency relief. The Court will hold a conference on **July 29, 2025**, at **10:00 a.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

The plaintiff should ensure that this Order and all papers in support of its application are served on counsel for the Defendant by **10:00 a.m.** on **July 28, 2025**.

SO ORDERED.
Dated:    New York, New York
          July 26, 2025

                                            John G. Koeltl
                                        United States District Judge