UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ASYLUM SEEKER ADVOCACY
PROJECT,

    Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

    Defendant.

Case No. 1:25-cv-6065

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

    The motion of Marcela Johnson, for admission to practice Pro Hac Vice in the above caption action is granted.

    Applicant has declared that she is a member in good standing of the bar of the state of Georgia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Marcela Johnson |
| Firm Name: | Asylum Seeker Advocacy Project |
| Address: | 228 Park Ave. S. #84810 |
| City / State / Zip: | New York, NY 10003-1502 |
| Telephone / Fax: | (646) 937-0164 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Asylum Seeker Advocacy Project in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: 7/28/25

_____