UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASYLUM SEEKER ADVOCACY PROJECT,
                Plaintiff,           25-cv-6065 (JGK)

    - against -                 ORDER

US CITIZENSHIP AND IMMIGRATION
SERVICES,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to file a response to the motion for emergency relief by **5 p.m.** on **Monday, August 4, 2025.** The plaintiff is directed to reply by **5 p.m.** on **Tuesday, August 5, 2025.**

SO ORDERED.
Dated:    New York, New York
           July 29, 2025

                                        John G. Koeltl
                                 United States District Judge