UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASYLUM SEEKER ADVOCACY
PROJECT,

            Plaintiff,

      - against -

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, *an agency within the U.S.
Department of Homeland Security,*

            Defendant.

No. 25 Civ. 6065 (JGK)

**STIPULATION
AND [PROPOSED] ORDER**

WHEREAS, on July 23, 2025, Plaintiff Asylum Seeker Advocacy Project ("ASAP") filed this action against Defendant U.S. Citizenship and Immigration Services ("USCIS" or the "Government"), and on July 25, 2025, sought emergency relief in the form of a temporary restraining order ("TRO"), seeking that USCIS expeditiously process three requests under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and disclose records as required by § 552(a)(2)(B) and (C);

WHEREAS, three FOIA requests are at issue in this action: (i) one, dated June 18, 2025, which seeks "memoranda or correspondence dated on or around May 3, 2025 from Department of Homeland Security ('DHS') Secretary Kristi Noem and/or any DHS official to any USCIS official(s) delegating authority or authorizing USCIS officials to place noncitizens into Expedited Removal," Dkt. No. 1-1 ("Request 1"); (ii) a second, dated July 10, 2025, which seeks USCIS "memoranda, guidance, or other written policies reflecting USCIS's practices or processes for pursuing Expedited Removal for noncitizens dated from May 1, 2025" forward, Dkt. No. 1-2 ("Request 2"); and (iii) a third, also dated July 10, 2025, seeking electronic communications,

memoranda, guidance, and policies concerning, among other things, USCIS's purported placement of noncitizens into expedited removal, Dkt. No. 1-3 ("Request 3");

WHEREAS, in response to Request 1, on July 31, 2025, the Government produced to ASAP a two-page memorandum dated May 2, 2025, that delegates certain authorities to USCIS;

WHEREAS, in a joint filing dated August 4, 2025, which the Court so-ordered the next day, *see* Dkt. Nos. 15, 16, the parties noted their agreement that the Government's July 31, 2025, production fully satisfied Request 1;

WHEREAS, the August 4 joint filing also noted that "USCIS has agreed to treat [Requests 2 and 3] as though they were expedited," which the parties agreed rendered ASAP's TRO application moot;

WHEREAS, by letter dated August 21, 2025, USCIS informed ASAP that it did not locate any records responsive to Request 2;

WHEREAS, in connection with Request 3, ASAP has agreed to narrow its request, and is in discussions with USCIS FOIA staff about Request 3, and pursuant to the parties' so-ordered agreement, Dkt. Nos. 15, 16, USCIS will continue to treat Request 3 as expedited; and

WHEREAS, USCIS recognizes that it has proactive disclosure obligations under 5 U.S.C. § 552(a)(2) and 6 C.F.R. § 5.2;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties as follows:

1.      This action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Each party will bear its own costs and fees.

2.    The parties understand and agree that this Stipulation contains the entire agreement between them, and that any statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties that are not included herein shall be of no force or effect.

3.    If not approved and entered by the Court, this Stipulation shall be null and void, with no force or effect.

4.    The Stipulation may be executed in one or more counterparts, each of which shall be deemed to be one and the same.

Dated: New York, New York
       September 24, 2025

       JAY CLAYTON
       United States Attorney

By: _____
       PETER ARONOFF
       DAVID J. KENNEDY
       JESSICA ROSENBAUM
       Assistant United States Attorneys
       86 Chambers Street, 3rd Floor
       New York, NY 10007

Dated: New York, New York
       September 24, 2025

       ASYLUM   SEEKER   ADVOCACY
       PROJECT

By:    *Marcela Johnson*
       JESSICA HANSON
       MARCELA X. JOHNSON
       228 Park Avenue South, #84810
       New York, New York 10003

SO ORDERED:

Dated: New York, New York
       October 16, 2025

_____
HONORABLE JOHN G. KOELTL

3